**United States District Court**
For the Northern District of California

1

2

3

4

5          IN THE UNITED STATES DISTRICT COURT

6        FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   IN RE JESSE HERNANDEZ,          )      No. C 12-03951 EJD (PR)
                                    )
9              Plaintiff.           )      ORDER OF DISMISSAL
                                    )
10                                  )
                                    )
11                                  )
                                    )
12                                  )
                                    )
13   _____ )

14          On July 27, 2012, Plaintiff filed a letter with exhibits attached alleging

15   misconduct by medical staff at San Quentin State Prison.  On the same day, the

16   Clerk sent Plaintiff a notice that he must submit a complaint within thirty days of the

17   notice to avoid dismissal of the action, and provided a copy of the court's form

18   complaint.  (Docket No. 3.)  Plaintiff was separately sent a notice that he must either

19   pay the full filing fee or file an In Forma Pauperis ("IFP") Application within thirty

20   days to avoid dismissal of the action; a copy of the application was provided.

21   (Docket No. 2.)  The deadline has since passed, and Plaintiff has not filed a

22   complaint, nor has he filed an IFP application.

23          Accordingly, this case is DISMISSED without prejudice for failure to file a

24   complaint or to pay the filing fee.

25   DATED: _____9/21/2012_____          _____

26                                           EDWARD J. DAVILA
                                             United States District Judge
27

28

Order of Dismissal
N:\Pro - Se & Death Penalty Orders\September 2012\03951Hernandez_dism-ifp-compl.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE JESSE HERNANDEZ,

Case Number: CV12-03951 EJD

**CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 24, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jesse Hernandez K21116
P.O. Box 689
Soledad, CA 93960-0689

Dated: September 24, 2012

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk