1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE JESSE HERNANDEZ, | ) | No. C 12-03951 EJD (PR) |
| Plaintiff. | ) | JUDGMENT |

The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to pay the filing fee. A judgment of dismissal without prejudice is entered.

The Clerk shall close the file.

DATED:     9/21/2012

EDWARD J. DAVILA
United States District Judge

Judgment
03951Hernandez_judgment.wpd             1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE JESSE HERNANDEZ,

_____/

Case Number: CV12-03951 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 24, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jesse Hernandez K21116
P.O. Box 689
Soledad, CA 93960-0689

Dated: September 24, 2012

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk